E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    Office of Program Litigation, Office 7
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4853
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| SILVIA CID DE TARULA,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-cv-01447-KES<br><br>**[PROPOSED]**<br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of in the amount of EIGHT THOUSAND FIVE HUNDRED THIRTY FIVE DOLLARS AND 00/100 ($8,535.00) and FOUR HUNDRED TWO DOLLARS AND 00/100 ($402.00) in Costs, subject to the terms of the stipulation.

DATED:  March 13, 2024

                                    *Karen E. Scott*
                          HON. KAREN E. SCOTT
                          UNITED STATES MAGISTRATE JUDGE